PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
4:18-CR-00020-ALM-AGD(2)

DOCKET NUMBER *(Rec. Court)*
4:24-cr-000346 HSG

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Cesar Alexis Romero-Mendoza<br>Fremont, CA | Eastern District of Texas | Sherman Division |

**FILED**
Jun 20 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NAME OF SENTENCING JUDGE

The Honorable Amos L. Mazzant, III
United States District Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>January 25, 2024 | TO<br>January 24, 2029 |
|---|---|---|

**OFFENSE**

Conspiracy to Possess with the Intent to Distribute and Distribution and Manufacture of 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine or 50 Grams or More of Methamphetamine "Actual"

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Transfer of jurisdiction is requested as Mr. Romero-Mendoza commenced supervision in the Northern District of California and intends to remain there throughout the supervised release term.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN DISTRICT OF TEXAS

 IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____June 17, 2024_____
*Date*

_____/s/ Amos Mazzant_____
*United States District Judge*

AMOS L. MAZZANT, III

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____6/20/2024_____
*Effective Date*

_____/s/ Haywood S. Gilliam, Jr._____
*United States District Judge*